TRUSTEES OF THE CENTRAL OREGON
PEOPLE'S UTILITY DISTRICT,
and Jim Smiley,
*Appellants,*

*v.*

PORTLAND GENERAL ELECTRIC CO.,
*Respondent.*

(A8812-06653; CA A63154)

816 P2d 696

Daniel W. Meek, Portland, argued the cause for appellants. With him on the briefs was Linda K. Williams, Portland.

Barbee B. Lyon, Portland, argued the cause for respondent. With him on the brief were Don H. Marmaduke, Edwin C. Perry and Tonkon, Torp, Galen, Marmaduke & Booth, Portland.

Before Richardson, Presiding Judge, and Rossman* and Deits, Judges.

PER CURIAM

---

* Rossman, J., *vice* Newman, J.

## PER CURIAM

The Central Oregon People's Utility District was dissolved by the voters at the 1988 general election. Plaintiffs, who describe themselves as the district's trustees and one individual, then brought this action for declaratory, monetary and other relief. They appeal the trial court's dismissal of the action pursuant to defendant's motion under ORCP 21A.

Most of plaintiff's claims purport to assert rights under or related to a 1949 contract between the district and defendant. However, the substance of what they really assert is that plaintiffs are entitled to exercise governmental powers, including the power of condemnation, that might have belonged to the district when it was in existence. That assertion is untenable. Plaintiff's other arguments do not require discussion.

Affirmed.